IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHAWN EODICE, FATHER,

      Appellant,

v.

ERICA HANCOCK, MOTHER,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4384

_____/

Opinion filed March 11, 2015.

An appeal from the Circuit Court for Duval County.
Tyrie W. Boyer, Judge.

Nick James, Jacksonville, and Christopher W. Lobianco and Catherine E. Harris of
Hunt Green and James, Jacksonville, for Appellant.

Erica Hancock, pro se, Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, MAKAR, and OSTERHAUS, JJ., CONCUR.